**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

APR 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOSE JAVIER AVALOS-GUTIERREZ,       §<br>      Petitioner,       §<br>                                §<br>v.                               §<br>                                §<br>                                §<br>TOM RIDGE, Secretary, Department of §<br>      Homeland Security, and the      §<br>      United States of America, and   §<br>      JOHN ASHCROFT,  Attorney        §<br>      General of the United States     §<br>      Respondents.                §  | CIVIL ACTION NO.<br>B-04-035 |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**
**AND**
**STAY OF DEPORTATION**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in Salazar-Regino v. Trominski., No. CA B-02-045, and the cases that have been consolidated with it. Salazar-Regino, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492. A final resolution of Salazar-Regino, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final resolution of Salazar-Regino and the consolidated cases and that the Court stay the enforcement of any final removal proceedings pending a final resolution of Salazar-Regino and the consolidated

cases.. Furthermore, all deadlines that have been assigned thus far, should be given new dates in order to appropriately deal with the outcome of <u>Salazar-Regino v. Trominski</u>.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

For, STEVEN T. SCHAMMEL , AUSA,
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No.  24007990
Federal I.D. No.  23180

cc:

Ms. Lisa Putnam
PO Box 1711
Harlingen, TX  78551

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

For STEVEN T. SCHAMMEL , AUSA
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Ms. Paula S. Waddle
> South Texas Immigration Council
> 107 N. 3rd
> Harlingen, Texas  78550

on this the 5th day of April, 2004.

For: STEVEN T. SCHAMMEL, AUSA
Assistant United States Attorney