5

AO 440 (Rev. 10/93) Summons in a Civil Action        B04CV035

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Return Receip # 7002 0860 0004 8095 8052 was received by Tom Ridge, Secretary of Dept. Of Homeland Security on 3/11/04

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/2004
         Date

Signature of Server

Address of Server
SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd St.
Harlingen, Texas 78550

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

• AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    Texas

JOSE JAVIER AVALOS-GUTIERREZ

V.

TOM RIDGE, Secretary of Dept. Of
Homeland Security
and.
JOHN ASHCROFT, Attorney General
of the United States

SUMMONS IN A CIVIL CASE

CASE NUMBER:   **B-04-035-**

TO: (Name and address of Defendant)

Tom Ridge, Secretary of
Dept. Of Homeland Security
425 Eye Street
Washington, D.C. 20536

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Waddle
107 N. 3rd. Street
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                    2-24-04

CLERK        /s/ Rita Nieto                         DATE

(By) DEPUTY CLERK