AO 440 (Rev. 10/93) Summons in a Civil Action

B04CV035  United States District Court
Southern District of Texas
FILED

APR 07 2004

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Return Receip #7002 0860 0004 8095 8045 was received by U.S. Attorney on 3/5/2004

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/2004
         Date

*Signature of Server*

SOUTH TEXAS IMMIGRATION COUNCIL
107 N. 3rd. St.
Harlingen, Texas 78550

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     Texas

**JOSE JAVIER AVALOS-GUTIERREZ**

V.

**TOM RIDGE, Secretary of Dept. Of Homeland Security;**
**and.**
**JOHN ASHCROFT, Attorney General of the United States**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-04-035**

TO: (Name and address of Defendant)

**U.S. Attorney**
**P.O. BOX 61129**
**Houston, Texas 77208**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paula Waddle
107 N. 3rd. Street
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                      2-24-04

CLERK     *Rita Nieto*     DATE

(By) DEPUTY CLERK