IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JAVIER AVALOS-GUTIERREZ<br>    Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO.<br> B-04-35 |
| TOM RIDGE, SECRETARY OF DEPT.<br>    OF HOMELAND SECURITY and<br>JOHN ASHCROFT, ATTORNEY<br>    GENERAL OF THE UNITED<br>    STATES<br>    Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER TO TRANSFER

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on _____, 2005.

_____
United States District Judge