United States District Court
Southern District of Texas
FILED

JUL 2 1 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JAVIER AVALOS-GUTIERREZ | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. B-04-035 |
| | ) | |
| TOM RIDGE, SECRETARY OF DEPT. OF | ) | INS A No. 38 095 843 |
| HOMELAND SECURITY, | ) | |
| and | ) | |
| JOHN ASHCROFT, ATTORNEY | ) | |
| GENERAL OF THE UNITED STATES. | ) | |

## PETITIONER'S NOTICE OF WITHDRAWAL OF OPPOSITION TO TRANSFER MOTION

The Counsel for Petitioner, Jose Javier Avalos-Gutierrez, respectfully files this Notice of Withdrawal of Opposition to Transfer Motion, and for cause shows as follows:

1.    Counsel for Petitioner requested time to brief the impact of the REAL ID Act on this instant case, and so partially opposed the Respondents' Motion to Transfer.

2.    Counsel for Petitioner no longer opposes the transfer motion, and having reviewed the case, counsel no longer seeks a briefing opportunity, in this instant proceeding, on the issue of the impact of the REAL ID Act on this case.

Wherefore, Petitioner respectfully requests that the Court allow the withdrawal of the briefing request and/or the opposition of the Petitioner to the transfer Motion, and for such other relief as is just.

Respectfully submitted,

By: _Paula S. Waddle_
Paula S. Waddle, Attorney at Law
South Texas Immigration Council, Inc.
Paula S. Waddle, Attorney in Charge
4793 W. Expressway 83
Harlingen, TX 78552
(956) 425-6987
(956) 425-7434(fax)
State Bar No 26030400
Fed. I.D. No. 5674

## CERTIFICATE OF SERVICE

I, Paula S. Waddle, hereby certify that a copy of the foregoing was mailed by first class mail to Mr. Rene Benavides, AUSA, at 1701 W. Highway 83 , #600, McAllen, Texas 78550, on this the 18th day of July, 2005.

Paula S. Waddle