United States District Court
Southern District of Texas
ENTERED

JUL 25 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE JAVIER AVALOS-GUTIERREZ <br> Petitioner, <br><br> v. <br><br> TOM RIDGE, SECRETARY OF DEPT. OF HOMELAND SECURITY and JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES <br> Respondents. | § § § § § § § § § § § § § CIVIL ACTION NO. B-04-35 |

## ORDER TO TRANSFER

The Defendants' ~~opposed~~ *unopposed* motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on July 25, 2005.

_____
United States District Judge